UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR JEROME BELL,
    Petitioner,

vs.                                      Case No.:  3:20cv5894/LAC/EMT

DEPARTMENT OF CORRECTIONS,
    Respondent.
_____/

**ORDER**

The chief magistrate judge issued a Report and Recommendation on December 20, 2021 (ECF No. 46).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 46) is adopted and incorporated by reference in this order.

2.    The amended petition for writ of habeas corpus (ECF No. 6) is **DENIED**.

2. Petitioner's Motion for an Evidentiary Hearing (ECF No. 44) and Motion for New Trial After an Evidentiary Hearing (ECF No. 45) are **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 13th day of January, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**